

United States District Court

Southern District of California

United States of America                    Case Number 07CR2392-W

vs

Gabino Beltran-Avila                         V E R D I C T

We, the jury in the above entitled case, find the defendant,

Gabino Beltran-Avila,

*Not Guilty* of importation of Marijuana as charged in count one of the
not guilty/guilty

indictment.

*Not Guilty* of possession of Marijuana with intent to distribute as charged in
not guilty/guilty

count two of the indictment.

Dated: July 9, 2008
At: San Diego, California

Geoffrey M Cook
Presiding Juror